**Jimmy D. MEGGS, Jr., a/k/a Jimmy D. Meggs, Petitioner—Appellant,**

v.

**Warden Gregory KNOWLIN, Warden of Turbeville, Respondent— Appellee,**

**and**

**Jon Ozmint, Director, Respondent.**

No. 11–6994.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 16, 2012.

Jimmy D. Meggs, Jr., Appellant Pro Se. Donald John Zelenka, Deputy Assistant Attorney General, William Edgar Salter, III, Assistant Attorney General, Columbia, South Carolina, for Appellee.

Before SHEDD, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy D. Meggs, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Ac-

cordingly, we affirm for the reasons stated by the district court. *Meggs v. Knowlin,* No. 8:10–cv–01774–TLW, 2011 WL 2729193 (D.S.C. filed July 12, 2011, entered July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*